UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JUAN CARLOS PERLAZA-CAICEDO PETITIONER

V. CIVIL ACTION NO. 3:25-CV-566-DPJ-ASH

WARDEN UNKNOWN CHILDRESS RESPONDENT

ORDER

Pro Se Petitioner Juan Carlos Perlaza-Caicedo, an inmate at the Federal Correctional Complex in Yazoo City, Mississippi filed this habeas petition under 28 U.S.C. § 2241. *See* Pet. [1]. He challenges the Bureau of Prisons' (BOP) calculation of sentencing credits he claims to have earned under the First Step Act (FSA). *Id.* at 1.

On August 14, 2026, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation, recommending denial of the petition on the merits. R&R [14] at 4. As Judge Harris explains, Perlaza-Caicedo seeks credits for "accrued programming days for the time he endured on lockdown during the Global Covid-19 pandemic from January 2020 to June of 2023 when lockdowns ended." *Id.* at 3 (quoting Pet [1] at 1). Judge Harris found such time predates Perlaza-Caicedo's sentencing commencement date on June 13, 2024. *Id.* As such, "Perlaza-Caicedo was ineligible to earn FSA credits before June 13, 2024." *Id.* (citing *Stinson v. Maritinez*, No. 2:23-CV-751, 2024 WL 4969169, at *6 (W.D. La. Nov. 12, 2024)). No objection has been filed, and the time to do so has passed. *Id.* at 4 (advising Perlaza-Caicedo that he had 14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d

1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Having reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned recommendation.

IT IS ORDERED that the Report and Recommendation [14] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court. Consistent with the Report and Recommendation, Perlaza-Caicedo's petition is denied. A separate judgment will be issued as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 10th day of September, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE